# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERRY DALE BENNETT, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action Number |
| ) | **2:10-cv-02269-AKK-PWG** |
| **ASSISTANT WARDEN** ) | |
| **HEADLEY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on February 8, 2011, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Doc. 13.  The plaintiff filed objections to the Report and Recommendation on February 14, 2011.  Doc. 15.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections thereto, the Court is of the opinion that the Magistrate Judge's Report is due to be and is hereby ADOPTED and the Recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to

state a claim upon which relief may be granted.  A Final Judgment will be entered.

DONE this 23rd day of February, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE